# Court of Appeals
# of the State of Georgia

ATLANTA,  August 12, 2025

*The Court of Appeals hereby passes the following order:*

**A25A2132. W RONALD SCHUCHARD v. TOCCOA RAPIDS, LLC.**

Ronald Schuchard filed a notice of appeal in this action, and the appeal was docketed on June 30, 2025. As set forth in Court of Appeals Rule 23 (a), an appellant must file a brief within 20 days after the appeal is docketed. Therefore, Schuchard's brief was due no later than July 21, 2025. Schuchard, however, has neither filed a brief nor requested an extension of time in which to do so. Because Schuchard has not filed a timely brief in this case, we hereby DISMISS his appeal. See Court of Appeals Rules 13, 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  08/12/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*